**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

UNITED STATES OF AMERICA

Plaintiff(s),

Case No.   09 CR 0035

v.

ROBERT WATSON

Defendant(s).

I, _____THOMAS J. ORGAN_____,

attorney for_____ROBERT WATSON_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: _____LAW OFFICE OF THOMAS J .ORGAN_____

Address: _____855 E. GOLF RD._____

_____SUITE 1144_____

City: _____ARLINGTON HEIGHTS_____

State: _____IL_____ ZIP Code: __60005_____

Voice Phone: (__847__)___437-4197_____

FAX Phone: (__847__)___981-0908_____

Internet E-mail: ____organlaw@sbcglobal.net_____

Additional E-mail: _____

I reside in City: ___ELK GROVE VILLAGE_____ State: __IL_____

I was admitted to practice in the ___SUPREME COURT OF ILLINOIS_____ (court)

on __MAY 22, 1973_____(date). I am presently in good standing and

eligible to practice in said court. I am not currently suspended or disbarred in any other cour t.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: **DENNIS S. WAKS**

Firm Name: **FEDERAL DEFENDER**

Address: **801 I. STREET**

**3RD FLOOR**

City: **SACRAMENTO**

State: **CA**     ZIP Code: **95814**

Voice Phone: ( **916** ) **498-5706**

FAX Phone: ( **916** ) **498-5710**

E-mail: **dennis_waks@fd.org**

Dated: **01/23/09**     Petitioner: **/s/Thomas J. Organ**

## ORDER

IT IS SO ORDERED.

Dated January 26, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

