```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
10
   UNITED STATES OF AMERICA,
11
                  Plaintiff,
12
             v.                      CR. NO. S-08-566 LKK
13
   RANDALL LEE RAHAL,
14
                  Defendant.
15 _____/
   UNITED STATES OF AMERICA,
16
                  Plaintiff,
17
             v.                      CR. NO. S-09-035 LKK
18
   ROBERT WATSON,
19
                  Defendant.
20 _____/
   UNITED STATES OF AMERICA,
21
                  Plaintiff,
22
             v.                      CR. NO. S-09-040 LKK
23
   JAMES RICHARD WAHL, JR.,
24
                  Defendant.
25 _____/
26 ////
```

1  UNITED STATES OF AMERICA,
2                    Plaintiff,
3       v.                          CR. NO. S-09-062 LKK
4  JENNIFER LOU DAHLMAN,
5                    Defendant.     NON-RELATED CASE ORDER
6  _____/
7       The court is in receipt of the notice of related cases filed
8  on February 18, 2009, in which a defendant in Four In One Company,
9  Inc. v. SK Foods, et al., Case No. 2:08-cv-3017-MCE-EFB, states
10 that the above-captioned cases are related to Case No. 08-cv-03017-
11 MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-
12 EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH,
13 and Case No. 09-cv-00240. After review of the cases, the court
14 concludes that they do not meet the definition of "related cases"
15 as given by Local Rule 83-123(a) and therefore DECLINES to relate
16 them.
17      IT IS SO ORDERED.
18      DATED: February 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2